# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146065

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DAVID ANTHONY ST. ANN,
     Defendant-Appellant.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
*Justices*

SC: 146065
COA: 311613
Wayne CC: 09-010620-01-FH

     On order of the Court, the application for leave to appeal the August 30, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

t0325